UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATRINA MACKLEY, as next of friend
For E.M.

    Plaintiff,

v.

MASON PUBLIC SCHOOL DISTRICT,
et al.,

    Defendants.
_____/

CASE NO. 1:24-cv-76

HON. ROBERT J. JONKER

## **ORDER**

On January 27, 2024, Plaintiff filed a complaint, which listed the full name of a minor as a party contrary to the redaction requirement of Fed.R.Civ.P. 5.2(a).

The Clerk of the Court shall place the Complaint (ECF. No 1) under restricted access. The Plaintiff shall re-file the complaint in accordance with Fed.R.Civ.P. 5.2(a).

**IT IS SO ORDERED**.

Dated: February 1, 2024          /s/ Robert J. Jonker
                                             ROBERT J. JONKER
                                             UNITED STATES DISTRICT JUDGE