UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATRINA MACKLEY, as next friend for E.M., a minor,

    Plaintiff,

v.

MASON PUBLIC SCHOOL DISTRICT; LANCE DELBRIDGE; NICHOLAS TOODZIO; BARB BYRUM and BRAD DELANEY, individually,

    Defendants.

Case No. 1:24-cv-00076-RJJ-SJB

Hon. Robert J. Jonker

Mag. Sally J. Berens

## DEFENDANTS BRYUM AND DELANEY'S
## RULE 12(b)(6) MOTION TO DISMISS THE "FIRST" AMENDED COMPLAINT

Defendants Barb Byrum and Brad Delaney (Defendants) hereby move, pursuant to Federal Rule of Civil Procedure 12(b)(6) and for the reasons set forth in their accompanying brief, for dismissal of Counts III, IV and IV of the First Amended Complaint as against them with prejudice. Counsel for Defendants sought Plaintiff's concurrence in this motion pursuant to Local Rule 7.1(d)(i). Plaintiff intends to oppose this motion.

Date: March 1, 2024

                        By:      s/Uri Abt

                            Uri Abt (P84350)
                            Law Office of Uri Abt PLLC
                            *Attorney for Defendants Byrum and Delaney*
                            517 Wildwood Drive
                            East Lansing, MI 48823
                            (517) 858-9410
                            uri@abtlawfirm.com