UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

_____

KATRINA MACKLEY, as next of friend
for E.M., a minor,

       Plaintiff,

-vs-                                            Case No. 1:24-cv-00076
                                                   Honorable Robert J. Jonker

MASON PUBLIC SCHOOL DISTRICT;
LANCE DELBRIDGE; NICHOLAS TOODZIO;
BARB BYRUM and BRAD DELANEY, individually,

       Defendants.

---

| | |
|---|---|
| Brandon T. Wolfe  (P82421) | Mark T. Ostrowski  (P49761) |
| **WOLFE TRIAL LAWYERS, PLLC** | Jessica M. Stark-Flechsig  (P80647) |
| 2844 Livernois Rd., Suite 276 | Kyle J. Zielinski  (P83962) |
| Troy, Michigan 48099 | KLUCZYNSKI GIRTZ & VOGELZANG |
| Ph: (313) 450-2015 | Attorneys for Defendants Mason PS District, |
| brandon@hirethewolfe.com | Lance Delbridge, and Nicholas Toodzio |
| | Grand Rapids, MI  49546 |
| Uriel B. Abt  (P84350) | (616) 559-8649 |
| LAW OFFICE OF URI ABT PLLC | Email:  marko@kgvlaw.com |
| Attorney for Defendants Barb Byrum | Email:  jesstark@kgvlaw.com |
| and Brad Delaney | Email:  kzielinski@kgvlaw.com |
| 517 Wildwood Drive | |
| East Lansing, MI  48823 | Michael J. Nichols  (P59391) |
| (517) 858-9410 | Attorney for Def Byrum and Delaney |
| Email:  uri@abtlawfirm.com | 3452 E. Lake Lansing Road |
| | East Lansing, MI  48823 |
| | (517) 432-9000 |
| | Email:  mnichols@nicholslaw.net |

---

**DEFENDANTS MASON PUBLIC SCHOOL DISTRICT, LANCE DELBRIDGE AND
NICHOLAS TOODZIO'S
<u>RULE 12(b)(6) MOTION TO DISMISS</u>**

Defendants Mason Public School District, Lance Delbridge and Nicholas Toodzio (Defendants) hereby move, pursuant to Federal Rule of Civil Procedure 12(b)(6) and for the reasons set forth in their accompanying brief, for dismissal of Counts I, II, III, V and VI of the First Amended Complaint as against them with prejudice. Counsel for Defendants sought Plaintiff's concurrence in this motion pursuant to Local Rule 7.1(d)(i). Plaintiff intends to oppose this motion.

                                                              KLUCZYNSKI, GIRTZ & VOGELZANG

Date:  March 6, 2024                   By:     /s/  Mark T. Ostrowski_____

                                                            Mark T. Ostrowski  (P49761)
                                                            Kyle J. Zielinski  (P83962)
                                                            Attorneys for Defendants
                                                            3033 Orchard Vista Dr SE, Suite 308
                                                            Grand Rapids, MI  49546
                                                            (616) 559-864