## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DISTRICT

KATRINA MACKLEY, as next of friend
for E.M., a minor,

        Plaintiff,

-vs-
                                   Case No. 1:24-cv-00076
                                   Honorable Robert J. Jonker

MASON PUBLIC SCHOOL DISTRICT;
LANCE DELBRIDGE; NICHOLAS TOODZIO;
BARB BYRUM and BRAD DELANEY, individually,

        Defendants.

---

Brandon T. Wolfe (P82421)
**WOLFE TRIAL LAWYERS, PLLC**
2844 Livernois Rd., Suite 276
Troy, Michigan 48099
Ph: (313) 450-2015
Email: brandon@hirethewolfe.com

Uriel B. Abt (P84350)
LAW OFFICE OF URI ABT PLLC
Attorneys for Defendants Barb Byrum
and Brad Delaney
517 Wildwood Drive
East Lasing, MI 48823
(517) 858-9410
Email: uri@abtlawfirm.com

Mark T. Ostrowski (P49761)
Jessica M. Stark-Flechsig (P80647)
Kyle J. Zielinski (P83962)
KLUCZYNSKI GIRTZ & VOGELZANG
Attorneys for Defendant Mason PS District,
Lance Delbridge, and Nicholas Toodzio
Grand Rapids, MI 49546
(616) 559-8649
Email: marko@kgvlaw.com
Email: jesstark@kgvlaw.com
Email: kzielinski@kgvlaw.com

Michael J. Nichols (P59391)
Attorney for Defendants Barb Byrum
and Brad Delaney
3452 E. Lake Lansing Road
East Lansing, MI 48823
(517) 432-9000
Email: mnichols@nicholslaw.net

---

### MOTION TO SEAL DEFENDANTS MASON PUBLIC SCHOOL DISTRICT, LANCE DELBRIDGE AND NICHOLAS TOODZIO'S NOTICE OF NON-PARTY FAULT UNDER LOCAL RULE 10.6

NOW COME Defendants, Mason Public School District, Lance Delbridge and Nicholas Toodzio, by and through their attorneys, Kluczynski, Girtz & Vogelzang, and hereby move this Court to seal their Notice of Non-Party Fault under Local Court Rule 10.6. Defendants in support of the Motion, state as follows:

1.      Defendants Mason Public School District, Lance Delbridge and Nicholas Toodzio filed a Notice of Non-Party Fault which identified B.D. as a nonparty who is wholly or partially at fault in this matter.

2.      Upon filing of the Notice of Non-Party Fault, counsel for Defendants Barb Bryum and Brad Delaney expressed significant privacy concerns with the inclusion of the home address for B.D. within the Notice.

3.      Local Rule 10.6 allows documents to be submitted under seal only if authorized by statute or by the Court for good cause shown. Further, a person seeking leave to file a document under seal must file a motion requesting such relief…"

4.      The trial court has discretion to seal its records "when interests of privacy outweigh the public's right to know." *In re Knoxville News – Sentinel*, 723 F.2d at 474; see also *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. at 598.

5.      Here, B.D. is a minor who has been alleged to have sexually assaulted Plaintiff, another minor, on school grounds.

6.      Given B.D. is a minor in addition to the sensitive nature of the allegations against him in this matter, there is good cause to shield his home address from the public.

7.      Defendants Mason Public School District, Lance Delbridge and Nicholas Toodzio now request that the Notice of Non-Party Fault filed on May 6, 2024, be sealed in its entirety.

WHEREFORE, Defendants Mason Public School District, Lance Delbridge and Nicholas Toodzio respectfully requests this Honorable Court to seal their Notice of Non-Party Fault filed on May 6, 2024.

Respectfully Submitted,

KLUCZYNSKI, GIRTZ & VOGELZANG

Date: May 7, 2024                    By: _____
                                     Mark T. Ostrowski (P49761)
                                     Kyle J. Zielinski (P83962)
                                     Attorneys for Defendants Mason PS,
                                     Lance Delbridge and Nicholas Toodzio
                                     3033 Orchard Vista Dr., Suite 308
                                     Grand Rapids, MI 49546
                                     (616) 559-8649