**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DISTRICT**

---

KATRINA MACKLEY, as next of friend
for E.M., a minor,

        Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　Case No. 1:24-cv-00076
　　　　　　　　　　　　　　　　　　　　Honorable Robert J. Jonker

MASON PUBLIC SCHOOL DISTRICT;
LANCE DELBRIDGE; NICHOLAS TOODZIO;
BARB BYRUM and BRAD DELANEY, individually,

        Defendants.

---

| | |
|---|---|
| Brandon T. Wolfe  (P82421) | Mark T. Ostrowski  (P49761) |
| **WOLFE TRIAL LAWYERS, PLLC** | Jessica M. Stark-Flechsig  (P80647) |
| 2844 Livernois Rd., Suite 276 | Kyle J. Zielinski  (P83962) |
| Troy, Michigan 48099 | KLUCZYNSKI GIRTZ & VOGELZANG |
| Ph: (313) 450-2015 | Attorneys for Defendants Mason PS District, |
| brandon@hirethewolfe.com | Lance Delbridge, and Nicholas Toodzio |
| | Grand Rapids, MI  49546 |
| Uriel B. Abt  (P84350) | (616) 559-8649 |
| LAW OFFICE OF URI ABT PLLC | Email:  marko@kgvlaw.com |
| Attorney for Defendants Barb Byrum | Email:  jesstark@kgvlaw.com |
| and Brad Delaney | Email:  kzielinski@kgvlaw.com |
| 517 Wildwood Drive | |
| East Lansing, MI  48823 | Michael J. Nichols  (P59391) |
| (517) 858-9410 | Attorney for Def Byrum and Delaney |
| Email:  uri@abtlawfirm.com | 3452 E. Lake Lansing Road |
| | East Lansing, MI  48823 |
| | (517) 432-9000 |
| | Email:  mnichols@nicholslaw.net |

---

**PROOF OF SERVICE**

    The undersigned certifies that Defendant, Mason Public School District's First Set of Requests for Production to Plaintiff and Defendant Mason Public School District's First Set of

1

Interrogatories Directed to Plaintiff, were served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on June 3, 2024.

By:   X   U.S. Mail  
       ____ Certified Mail

____ Fax  
X   Email

*/s/ Lynn R. Lewis*  
Lynn R. Lewis