UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

_____

KATRJNA MACKLEY, as next of friend
for E.M., a minor,
              Plaintiff,

-vs-                                                     Case No. **1**:24-cv-00076
                                                       Honorable Robert **J.** Jonker

MASON PUBLIC SCHOOL DISTRICT;
LANCE DELBRJDGE; NICHOLAS TOODZIO;
BARB BYRUM and BRAD DELANEY, individually,

              Defendants.

_____

| | |
|---|---|
| Brandon **T.** Wolfe  (P82421)<br>**WOLFE TRIAL LAWYERS, PLLC**<br>2844 Livernois Rd., Suite 276<br>Troy, Michigan 48099<br>Ph: (313) 450-2015<br>brandon@.hirethewolfe.com<br><br>Uriel B. Abt  (P84350)<br>LAW OFFICE OF URJ ABT PLLC<br>Attorney for Defendants Barb Byrum<br>and Brad Delaney<br>517 Wildwood Drive<br>East Lansing, MI  48823<br>(517) 858-9410<br>Email:  uri@abtlawfirm.com | Mark T. Ostrowski  (P49761)<br>Jessica M. Stark-Flechsig (P80647)<br>Kyle J. Zielinski (P83962)<br>KLUCZYNSKI GIRTZ & VOGELZANG<br>Attorneys for Defendants Mason PS District,<br>Lance Delbridge, and Nicholas Toodzio<br>Grand Rapids, MI  49546<br>(616) 559-8649<br>Email:  in irko'a:kuvlaw.com<br><br>Michael J. Nichols (P59391)<br>Attorney for Def Byrum and Delaney<br>3452 E. Lake Lansing Road<br>East Lansing, MI  48823<br>(517) 432-9000<br>Email:  mnichols@nicholslaw.net |

_____

**<u>STIPULATED PROTECTIVE ORDER</u>**
**<u>REGARDING MASON POLICE DEPARTMENT CASE REPORTS</u>**

    Pursuant to Federal Rule of Civil Procedure 26(c), and on stipulation of the parties, the

Court enters the following protective order:

NOW COME the parties, by and through their attorneys, and hereby stipulate and agree as follows:

1. That the Mason Police Department Case Reports #2256300739, #2356300821, and #2456300068 have been requested in discovery and may potentially be presented at trial as an exhibit.

2. The parties acknowledge that the Federal Educational Records Protection Act (FERPA) restricts disclosure of information regarding students who attend public schools and especially those who are of young ages.

3. The Mason Police Department Case Reports include the names and personal details of multiple students whose names and personal information should be redacted before the Case Reports are displayed to third parties. The Court will assess any necessary redactions for trial exhibits at the Final Pretrial Conference. Any filing of the documents before trial will be governed by Federal Rule of Civil Procedure 5.2. Any party seeking to file all or part of a document on a restricted access basis must comply with Local Rule 10.6.

4. Defendant Mason Public Schools have agreed to provide unredacted copies of the Mason Police Department Case Reports to Plaintiff's counsel provided he agrees that he will not show the unredacted Case Reports to third parties or otherwise make public the names and/or personal information included in the Case Reports to third parties.

5. Any student names or personal information contained with the Mason Police Department Case Reports shall be used only for purposes of this litigation. Nothing in this agreement shall be construed as a stipulation to admissibility of evidence at trial.

6. In the event that a party accidentally causes student names or personal information contained with the Mason Police Department Case Reports to be filed in the public record, the party shall immediately notify the opposing party and the attorney for the City of Mason, Thomas Hitch, as well as act with all reasonable due diligence to correct the error.

Date: July 15, 2024                              /s/ Kyle J. Zielinski
                                                 Mark T. Ostrowski (P49761)
                                                 Kyle J. Zielinski (P83962)
                                                 Attorneys for Defendants Mason PS,
                                                 Lance Delbridge and Nicholas Toodzio
                                                 3033 Orchard Vista Dr., Suite 308
                                                 Grand Rapids, MI 49546
                                                 (616) 559-8649


Date: July 15, 2024                              /s/ Brandon T. Wolfe
                                                 Brandon T. Wolfe (P82421)
                                                 Attorney for the Plaintiff
                                                 2844 Livernois Rd., Suite 276
                                                 Troy, Michigan 48099
                                                 Ph: (313) 450-2015
                                                 brandon@hirethewolfe.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

---

KATRJNA MACKLEY, as next of friend
for E.M., a minor,
        Plaintiff,

-vs-                                        Case No. 1:24-cv-00076
                                                  Honorable Robert J. Jonker

MASON PUBLIC SCHOOL DISTRJCT;
LANCE DELBRJDGE; NICHOLAS TOODZIO;
BARB BYRUM and BRAD DELANEY, individually,

        Defendants.

---

| | |
|---|---|
| Brandon **T.** Wolfe  (P82421) | Mark T. Ostrowski  (P49761) |
| **WOLFE TRIAL LAWYERS, PLLC** | Jessica M. Stark-Flechsig (P80647) |
| 2844 Livernois Rd., Suite 276 | Kyle J. Zielinski  (P83962) |
| Troy, Michigan 48099 | KLUCZYNSKI GIRTZ & VOGELZANG |
| Ph: (313) 450-2015 | Attorneys for Defendants Mason PS District, |
| brantlon@hir_thewolfe._om | Lance Delbridge, and Nicholas Toodzio |
| | Grand Rapids, MI  49546 |
| Uriel B. Abt  (P84350) | (616) 559-8649 |
| LAW OFFICE OF URJ ABT PLLC | Email:  nwrko ,, hJ_i, luw.com |
| Attorney for Defendants Barb Byrum | |
| and Brad Delaney | Michael J. Nichols  (P59391) |
| 517 Wildwood Drive | Attorney for Def Byrum and Delaney |
| East Lansing, MI  48823 | 3452 E. Lake Lansing Road |
| (517) 858-9410 | East Lansing, MI  48823 |
| Email:  uri@abtlawfirrn.co111, | (517) 432-9000 |
| | Email:  mnichols@nicholslaw.net |

---

**ORDER**

This order having come before the Court and having been stipulated by the parties:

**IT IS HEREBY ORDERED** that the Stipulated Protective Order Regarding Mason Police Department Case Reports be entered as agreed by the parties and modified by the Court in paragraph three.

**IT IS SO ORDERED.**

Date:  July 17, 2024                             /s/ Robert J. Jonker
                                                 HONORABLE ROBERT J. JONKER
                                                 U.S. DISTRICT COURT JUDGE