UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

KATRINA MACKLEY,

    Plaintiff,

v.

MASON PUBLIC SCHOOL
DISTRICT, et al.,

    Defendants.

Hon. Robert J. Jonker

Case No. 1:24-cv-76

**ORDER**

This matter is before the Court on Non-Party B.D.'s Motion to Quash Pursuant to Rule 45(d)(3). (ECF No. 48.) For the reasons stated on the record at the hearing held November 27, 2024, the motion (ECF No. 48) is granted in part and denied in part. Plaintiff's subpoena regarding a deposition of Non-Party B.D. is quashed but may be renewed after further discovery proceedings have taken place subject to the parameters discussed on the record.

    IT IS SO ORDERED.

Dated: November 27, 2024

    /s/ Sally J. Berens
    SALLY J. BERENS
    U.S. Magistrate Judge