**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KATRINA MACKLEY, as next of friend of EM,
A minor,

                                                    Case No. 1:24-cv-00076-RJJ-SJB
                        Plaintiff,                  Hon. Robert J. Jonker
                                                    Mag. Sally J. Berens

-v-

MASON PUBLIC SCHOOL DISTRICT;

                        Defendant.

| | |
|---|---|
| BRANDON T. WOLFE (P82421) | Mark T. Ostrowski (P49761) |
| **WOLFE TRIAL LAWYERS, PLLC** | **Kluczynski Girtz & Vogelzang** |
| Attorney for the Plaintiff | Attorneys for Defendants |
| 2844 Livernois Rd., Suite 276 | Mason Public School District |
| Troy, Michigan 48099 | 3033 Orchard Vista Dr, SE, Ste. 308 |
| Ph: (313) 450-2015 | Grand Rapids, MI 49546 |
| brandon@hirethewolfe.com | (616) 459-0556 |
| | MarkO@kgvlaw.com |

### ORDER APPROVING SETTLEMENT OF CLAIM OF MINOR, E.M.

This matter having come before the Court on the **Motion for Approval of Settlement of Minor's Claim**, filed by Katrina Mackley, as next friend of E.M., a minor, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that:

1. The proposed settlement in the gross amount of $350,000 is **approved** as fair, reasonable, and in the best interest of the minor.

2. The attorney fees and costs in the amount of $113,224.15 are **approved** as reasonable and are authorized to be paid from the settlement proceeds.

3. That the litigation costs, $7,978.53,  as well as conservatorship costs of $2,000, are **approved** as reasonable and are authorized to be paid from the settlement proceeds.

4. The net proceeds in the amount of $228,122.32 shall be distributed as follows:

   a. To be distributed to her conservator and deposited in a restricted account for the benefit of the minor until the minor reaches the age of majority (18), with no withdrawals permitted without prior court approval and order.

5. Katrina Mackley as next friend and legal representative of E.M., is authorized and directed to execute any and all documents necessary to consummate the settlement.

6. Upon full execution of the settlement agreement and payment as outlined, the claims of minor E.M., through next of friend, shall be deemed fully settled, and this matter may be dismissed with prejudice.

**IT IS SO ORDERED.**

Date: August 27, 2025

/s/ Robert J. Jonker

Hon. Robert J. Jonker
U.S. District Court Judge